United States District Court
Southern District of Texas
**ENTERED**
March 15, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACQUELINE BOGNEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-20-4026 |
| | § | |
| FIESTA MART LLC | § | |
| d/b/a Fiesta Mart #51, | § | |
| | § | |
| Defendant. | § | |

## **FINAL JUDGMENT**

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that Plaintiff Jacqueline Bogney shall take nothing against Defendant Fiesta Mart LLC and Plaintiff's claims are DISMISSED on the merits with prejudice.

This is a FINAL JUDGMENT.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 15TH day of March, 2022.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE